# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 163 MAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| HAROLD BURTON, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 164 MAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| HAROLD BURTON, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 165 MAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| HAROLD BURTON, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 166 MAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |

HAROLD BURTON,

            Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :  No. 167 MAL 2015

            Respondent

                      Petition for Allowance of Appeal from the Order of the Superior Court

            v.

HAROLD BURTON,

            Petitioner

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.